BRYANT TIMBER COMPANY v. J. E. WILSON and UNICEY WILSON.

(Filed 20 October, 1909.)

For digest, see same case next above.

APPEAL by plaintiff from *W. R. Allen, J.,* June Term, 1909, of SAMPSON.

*F. R. Cooper, Fowler & Crumpler* and *C. M. Faircloth* for plaintiff.
*Faison & Wright* and *George E. Butler* for defendants.

BROWN, J. This appeal presents identically the same questions discussed in the opinion in the case between same plaintiff and defendants at this term. For the reasons there given, the cause is remanded, with direction to enter judgment as tendered by plaintiff.

Reversed.